In the United States District Court

For the District of Rhode Island
(Form mailed March 11, 2008)

Miguel Flaquer
D.W.W.D.F
950 High st
Central Falls, RI 02863

Enter above the full name of the plaintiff in this action.

v.

Civil Action No. CA 08-95ML

John Bevilacque
380 Broadway
providence RI 02909

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☑

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ______________________

______________________

Defendants: ______________________

______________________

2. Court (if federal court, name the district; if state court, name the county):

______________________

3. Docket number: ______________________

4. Name of judge to whom case was assigned: ______________________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
______________________
______________________

6. Approximate date of filing law suit: ______________________

7. Approximate date of disposition: ______________________

II. Place of Present Confinement: ______________________

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☐ No ☐

B. If your answer is YES:

1. What steps did you take? ______________________
______________________

2. What was the result? ______________________
______________________

C. If your answer is NO, explain why not: ______________________
______________________

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff ______________________

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant ______________________ is employed as ______________________ at ______________________

C. Additional Defendants: ______________________
______________________
______________________

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

ON Jun 2006 my Family gave this Attorney John Bevilacque over $50.000 to Make me a deal and the deal I Thought was okay was all a scandel and Fraud and me and my Family were out oF this Money and This is why I am Filing This claim I Feel I was Fooled By a proFessonal That should be arrested For what He Has done to many besides myself.

V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

The relief I am asking This Court For is to suspend This Attorney license and Have Him return my Family's Funds, Because no one is above The law For doing what he did to me and my Family and He never got Charged For His invovement in His elegal mis conduct and this issue Needs to be Known to This Honorable Court.

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this March day of Monday 11, 2008

[signature]
Signature of plaintiff

Miguel Flaquer
DWWDF, 950 High st
Central Falls RI 02863
Complete address of plaintiff