UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MIGUEL FLAQUER

v. C.A. 08-95ML

JOHN BEVILACQUA

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated April 15, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The complaint is hereby DISMISSED without prejudice pursuant to 28 U.S. C. 1915(e)(2).

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
May 7, 2008

Entered as an Order of this Court on May 7, 2008

Barbara Barletta
Deputy Clerk