# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**MIGUEL FLAQUER**

**Vs.** **C.A. NO. 08-95ML**

**JOHN BEVILACQUA**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, John Bevilacqua, against the plaintiff, Miguel Flaquer, pursuant to the Order dated May 7, 2008 accepting the Report and Recommendation of Magistrate Judge David L. Martin. The Complaint is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2).**

Enter:

Barbara Barletta

Deputy Clerk

DATED: May 7, 2008